# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| The Estate of Antoinette Scardina, by and though Executor Richard Scardina, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 21-cv-03811 |
| v. | ) ) | Judge Edmond E. Chang |
| Advocate Aurora Health, Inc. and Advocate Health and Hospitals Corporation d/b/a Advocate Christ Medical Center, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice.

Respectfully Submitted,

By: /s/ Stacy M. Bardo
One of Plaintiff's Attorneys
Stacy M. Bardo
**Bardo Law, P.C.**
22 West Washington Street, Suite 1500
Chicago, Illinois 60602
(312) 219-6980
stacy@bardolawpc.com

Jason S. Rathod
**Migliaccio & Rathod LLP**
412 H Street NE
Washington, DC 20002
(202) 470-3520
jrathod@classlawdc.com